**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6683**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TONY B. ALEXANDER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:18-cr-00202-MOC-DSC-1)

Submitted: August 18, 2021                     Decided: October 12, 2021

Before NIEMEYER and FLOYD, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tony B. Alexander, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony B. Alexander appeals the district court's orders affirming the magistrate judge's order directing that Alexander be detained pending resolution of a supervised release revocation petition, and denying his motion for reconsideration.[*] We have reviewed the record and find no reversible error. *See United States v. Clark*, 865 F.2d 1433, 1437 (4th Cir. 1989). Accordingly, we affirm for the reasons stated by the district court. *United States v. Alexander*, No. 3:18-cr-00202-MOC-DSC-1 (W.D.N.C. Mar. 31, 2021 & Apr. 13, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We have jurisdiction to review the district court orders pursuant to 28 U.S.C. § 1291. *See* 18 U.S.C. § 3145(c).

2